UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINANCIAL INFORMATION
TECHNOLOGIES, INC.,

    Plaintiff,                                       Case No.:  8:15-cv-02784-JSM-AEP

vs.

MARK LOPEZ,

    Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE
## TO DEPOSE PLAINTIFF'S EXPERT

Defendant, Mark Lopez ("Lopez") by and through his undersigned counsel, hereby files this Unopposed Motion to Extend the discovery deadline to depose Plaintiff, Financial Information Technologies, Inc.'s, Expert and states as follows:

By way of background, this case arises from Fintech's allegations against Lopez for Breach of Contract (Count I), violation of Florida Uniform Trade Secrets Act (Count II), Tortious Interference with Business Relationships (Count III), Violation of Florida Deceptive & Unfair Trade Practices Act (Count IV), Injurious Falsehood (Count VI), and Unfair Competition (Count VII).  (Doc. #14).[1]  Lopez denies the claims.

Pursuant to the Case Management and Scheduling Order, the Parties adhered to a staggered expert disclosure. Plaintiff's deadline was January 15, 2017, and Lopez's deadline was February 15, 2017. At the end of February, counsel for the Parties engaged in discussions regarding depositions of Expert witnesses. On February 27, 2017, Counsel for Lopez indicated to

---

[1] The Court dismissed Count V, which claimed Misleading Advertising in Violation of Fla. Stat. §817.41.

Plaintiff's counsel that a brief extension would be considered assuming Plaintiff would also make its expert available. (**See Exhibit A**).

On March 3, 2017, Plaintiff filed its Motion to Extend Discovery Deadline. (Doc. No. 48). Given the communications between Counsel for the Parties, Counsel for Lopez understood that any extension would apply to all Experts for both Parties. However, due to miscommunications, Plaintiff only requested that Lopez' Experts be deposed and did not provide for Plaintiff's Expert to be deposed. (**See Exhibit B**). It is prejudicial to Lopez for his Experts to be deposed beyond the discovery deadline while not allowing Plaintiff's single Expert to be deposed as well. Counsel for Lopez has requested that Plaintiff makes it Expert available to be deposed within the extended deadline. Counsel for Plaintiff has agreed and stated there is no objection. (**See Exhibit C**).

The Court has already granted Plaintiff's Motion to extend the discovery deadline to allow for Lopez' Experts to be deposed. Furthermore, there are presently three (3) Motions to Compel pending before this Court, two (2) of which have been set for hearing. Discovery is not so far closed that it would prejudice the Parties or the Court to allow Lopez to take the deposition of Plaintiff's Expert. Therefore, the extension of the discovery deadline for the limited purpose of deposing Plaintiff's sole Expert will not prejudice the Plaintiff and will not affect any other deadlines in this case and will still allow sufficient time before the trial, which is set for the August 2017 trial term.

WHEREFORE the Defendant respectfully requests that the Court enter an Order granting its Motion for Extension of the discovery deadline for the sole purpose of conducting Plaintiff's Expert deposition. As of the date of this filing, Plaintiff has not yet provided Plaintiff's Experts availability for deposition.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

The undersigned certified that counsel for the parties engaged in good faith communications on February 27, 2017, and March 6, 2017, in an attempt to resolve the issues presented in this motion. The parties were able to resolve their conflicting positions and this Motion has been filed as Unopposed.

/s/ Robert L. Rocke
Robert L. Rocke, Esq. (FBN 710342)
Email: rrocke@rmslegal.com
Jonathan B. Sbar, Esq. (FBN 131016)
Email: jsbar@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL 33629
Phone: 813-769-5600
Fax:    813-769-5601
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail on March 6, 2017.

Richard C. McCrea, Jr., Esq. (FBN 351539)
Catherine H. Molloy, Esq. (FBN 33500)
Greenberg Traurig, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Phone: 813-318-5700
Fax:    813-318-5900
Email: mccrear@gtlaw.com
Email: molloyk@gtlaw.com
Attorneys for Plaintiff

/s/ Robert L. Rocke
Attorney