UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FINANCIAL INFORMATION TECHNOLOGIES, INC.,**

    Plaintiff,

vs.                                CASE NO. 8:15-CV-02784-JSM-AEP

**MARK LOPEZ,**

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby jointly stipulate and agree to the dismissal of this action with prejudice. The parties have reached an amicable resolution and agree that each party will bear his or its own attorneys' fees and costs.

Dated: May 5, 2017

                            Respectfully submitted,

| /s/Catherine H. Molloy | /s/Jonathan B. Sbar |
|---|---|
| Richard C. McCrea, Jr. | Robert L. Rocke, |
| Florida Bar No. 351539 | Florida Bar No. 710342 |
| Email: mccrear@gtlaw.com | Email: rrocke@rmslegal.com |
| Catherine H. Molloy | Jonathan B. Sbar |
| Florida Bar No. 33500 | Florida Bar No. 131016 |
| Email: molloyk@gtlaw.com | Email: jsbar@rmslegal.com |
| **GREENBERG TRAURIG, P.A.** | **ROCKE, MCLEAN & SBAR, P.A.** |
| 101 E. Kennedy Boulevard | 2309 S. MacDill Ave. |
| Suite 1900 | Tampa, FL 33629 |
| Tampa, Florida 33602 | Telephone: (813) 769-5600 |
| Telephone: (813) 318-5700 | Facsimile: (813) 769-5601 |
| Facsimile: (813) 318-5900 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

TPA 512331023v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Jonathan B. Sbar, Esq
Email: jsbar@rmslegal.com
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, Florida 336

/s/ Catherine H. Molloy
Attorney

TPA 512330971v1

TPA 512331023v1